**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Achilles Foot & Ankle Center, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-1743107 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3974 Springfield Rd #B<br>Glen Allen, VA 23060<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Henrico<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://achillesfootandankle.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Achilles Foot & Ankle Center, Inc.                                   Case number (*if known*) _____
_____Name_____

---

**7.** **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor  Achilles Foot & Ankle Center, Inc.                                Case number (*if known*) _____
     Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   Achilles Foot & Ankle Center, Inc.                                     Case number (*if known*)
         Name

☐ $50,001 - $100,000                  ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                 ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million               ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Achilles Foot & Ankle Center, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 20, 2024
                      MM / DD / YYYY

X _~~Jim Baldwin~~_                              Dr. James B. Baldwin, III
Signature of authorized representative of debtor          Printed name

Title    Chief Executive Officer

---

**18. Signature of attorney**

X /s/ Peter J. Barrett                          Date    June 20, 2024
Signature of attorney for debtor                            MM / DD / YYYY

Peter J. Barrett 46179
Printed name

Kutak Rock LLP
Firm name

901 East Byrd Street
Suite 1000
Richmond, VA 23219
Number, Street, City, State & ZIP Code

Contact phone    804-644-1700      Email address    peter.barrett@kutakrock.com

46179 VA
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Achilles Foot & Ankle Center, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 20, 2024           x  *James Baldwin*
                                       Signature of individual signing on behalf of debtor

                                       Dr. James B. Baldwin, III
                                       Printed name

                                       Chief Executive Officer
                                       Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Achilles Foot & Ankle Center, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SalesForce 415 Mission Street, 3rd Floor San Francisco, CA 94105 | | | | | | $2,887,175.47 |
| Mindsight Medical, LLC 3839 McKinney Ave Suite 155-225 Dallas, TX 75204 | | | Contingent Unliquidated Disputed | | | $2,250,920.00 |
| A16Coding, LLC 201 N. Washington Hwy, Suite 206 Ashland, VA 23005 | | | Contingent Unliquidated Disputed | | | $495,340.60 |
| The Foot Center 5311 Patterson Ave. Richmond, VA 23226 | | | Contingent Unliquidated Disputed | | | $414,955.52 |
| American Express 1215 Laurel Lane Beverly Hills, CA 90210 | | | | | | $352,483.34 |
| Renee Shepherd, DPM 3974 Springfield Road Glen Allen, VA 23060 | | | | | | $202,344.52 |
| Dr. James B. Baldwin, III 3974 Springfield Road Glen Allen, VA 23060 | | | | | | $140,384.61 |
| Vonage Credit Control 23 Main St. Holmdel, NJ 07733 | | | | | | $136,722.94 |

Debtor  Achilles Foot & Ankle Center, Inc.
_____
        Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sunny J. Patel, DPM 913 Alden Parke Drive Glen Allen, VA 23059 | | | Contingent Unliquidated Disputed | | | $101,772.39 |
| Thoughtful Automation, Inc. 171 N. Aberdeen St. Chicago, IL 60607 | | | | | | $99,878.04 |
| U.S. Small Business Administration 2 North Street Suite 320 Birmingham, AL 35203 | | Equipment, general intangibles, accounts, etc. | | $46,946.00 | $0.00 | $46,946.00 |
| JRC MOB Investments, LLC 445 Charles H. Dimmock Pkwy, Ste 104 Colonial Heights, VA 23834 | | | | | | $20,084.41 |
| Woolfolk Properties LLC 435 Southlake Blvd Richmond, VA 23236 | | | | | | $15,367.52 |
| Bliss, Incorporated 201 North Washington Highway, Suite 303 Ashland, VA 23005 | | | | | | $12,630.59 |
| Nicholas Askew 3974 Springfield Road Glen Allen, VA 23060 | | | | | | $12,307.68 |
| Sfansza, LLC 3111 Northside Avenue Suite 102 Henrico, VA 23228 | | | | | | $8,925.00 |
| Larrymore Organization, Inc. 6477 College Park Sq., Suite 306 Virginia Beach, VA 23464-3611 | | | | | | $8,730.65 |
| Centers for Medicare & Medicaid Services 7500 Security Boulevard Windsor Mill, MD 21244 | | | | | | $8,549.61 |

Debtor    Achilles Foot & Ankle Center, Inc.                               Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stericycle, Inc. 28883 Network Place Chicago, IL 60673-1288 | | | | | | $7,429.50 |
| A.R.M. Solutions, Inc. P.O. Box 2929 Camarillo, CA 93011-2929 | | | | | | $7,429.50 |

## United States Bankruptcy Court
### Eastern District of Virginia

In re   Achilles Foot & Ankle Center, Inc.

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Dr. James Baldwin, III<br>3974 Springfield Road<br>STE B<br>Glen Allen, VA 23060 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 20, 2024

Signature

Dr. James B. Baldwin, III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
Adolyn C. Wyatt (VSB No. 97746)
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (804) 644-1700
Peter.Barrett@kutakrock.com
Adolyn.Wyatt@kutakrock.com
*Proposed Counsel to the Debtor and Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ACHILLES FOOT & ANKLE CENTER, INC., | ) Case No. 24-[_____] |
| | ) |
| Debtor. | ) |
| | ) |

## STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)

As the Chief Executive Officer of Achilles Foot & Ankle Center, Inc. (the "Debtor"), I do hereby state that no statement of operations or cash-flow statement has been prepared. The Debtor's balance sheet is attached hereto as **Exhibit A**. The Debtor's tax returns will be provided to the Office of the United States Trustee and the appointed Subchapter V Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2024

_____
Dr. James B. Baldwin, III
Chief Executive Officer

4880-0310-1641.1

**ACHILLES FOOT & ANKLE CENTER, INC.**

**CONSENT AND RESOLUTIONS OF THE SOLE OFFICER AND DIRECTOR**

The undersigned, being the sole shareholder, officer and director of Achilles Foot & Ankle Center, Inc., a Virginia corporation (the "Corporation"), unanimously consents to the adoption of the following resolutions and certifications in lieu of a special meeting:

> RESOLVED, that it is in the best interests of the Corporation to engage the law firm of Kutak Rock LLP to file on behalf of the Corporation a petition under Chapter 11, Subchapter 5, of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Eastern District of Virginia (the "Filing"), and the same is hereby authorized ad approved;

> RESOLVED, that the undersigned is hereby authorized by the Corporation to execute on its behalf any all additional documents, necessary or desirable to effect the Filing and all proceedings in the bankruptcy;

> RESOLVED, that the foregoing resolutions have not been amended, altered, modified, revoked or rescinded and are in full force and effect.

This consent shall be effective as of June 19, 2024.

# James Baldwin

Jun 19, 2024

James B. Baldwin, III, Sole Director and President

Date

**Signature:** James Baldwin (Jun 19, 2024 11:25 EDT)

**Email:** jbaldwin@achillesfootandankle.com

**EXHIBIT A**

# Achilles Foot and Ankle Center, Inc

### Balance Sheet

As of June 19, 2024

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BBT 6650 | 153,884.45 |
| BBT 7037 | 11,173.43 |
| BBT 7312 | 697.77 |
| Checking 6918 (6918) | 20,934.15 |
| Money Market | 936.82 |
| **Total Bank Accounts** | **$187,626.62** |
| Other Current Assets | |
| Petty Cash | 1,000.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$1,000.00** |
| **Total Current Assets** | **$188,626.62** |
| Fixed Assets | |
| Accumulated Depreciation | 0.00 |
| Company Fleet Auto Purchase | 25,198.65 |
| Computer Equipment | 0.00 |
| Furniture and Fixtures | 44,910.75 |
| Medical Equipment | 47,588.15 |
| Office Equipment | 0.00 |
| Vehicles | 33,409.53 |
| **Total Fixed Assets** | **$151,107.08** |
| Other Assets | |
| Accumulated Amortization | 0.00 |
| **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$339,733.70** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | -3.00 |
| **Total Accounts Payable** | **$ -3.00** |
| Credit Cards | |
| 2023 Capital One Spark Transactions | 4,228.55 |
| Amex Business Platinum Card® | 352,483.34 |
| Visa Card 2546 (2546) | 0.00 |
| Visa Card 4869 (4869) | 0.00 |
| Visa Card 4893 (4893) | 0.00 |
| Wells Fargo | 0.00 |

# Achilles Foot and Ankle Center, Inc

## Balance Sheet

As of June 19, 2024

| | TOTAL |
|---|---|
| **Total Credit Cards** | **$356,711.89** |
| Other Current Liabilities | |
| 401 K Plan Payable | 0.00 |
| CMS Overpayment Demand | 8,549.27 |
| James Baldwin 2024 Payroll | 40,384.61 |
| Loan to AFAC from Dr. Baldwin | 100,000.00 |
| Nicholas Askew 2024 Payroll | 12,307.68 |
| Renee Shepherd DPM Bonus | 202,344.52 |
| Salesforce Demand | 2,887,175.47 |
| Stericycle, Inc | 7,429.50 |
| Sunny J. Patel DPM Demand | 101,772.39 |
| Thoughtful AI Invoicing | 99,878.04 |
| Vonage Demand | 136,722.94 |
| **Total Other Current Liabilities** | **$3,596,564.42** |
| **Total Current Liabilities** | **$3,953,273.31** |
| Long-Term Liabilities | |
| SBA 2020 EID Loan | 46,946.00 |
| The Foot Center Loan | 414,955.52 |
| **Total Long-Term Liabilities** | **$461,901.52** |
| **Total Liabilities** | **$4,415,174.83** |
| Equity | |
| Additional Paid in Capital | 0.00 |
| Distribution to Shareholders | 0.00 |
| Opening Balance Equity | -434,478.16 |
| Retained Earnings | -3,353,568.46 |
| Net Income | -287,394.51 |
| **Total Equity** | **$ -4,075,441.13** |
| **TOTAL LIABILITIES AND EQUITY** | **$339,733.70** |

3850 Gaskins LLC
3928 Margate Dr
Richmond, VA 23235


A.R.M. Solutions, Inc.
P.O. Box 2929
Camarillo, CA 93011-2929


A16Coding, LLC
201 N. Washington Hwy, Suite 206
Ashland, VA 23005


Acar Leasing Ltd.
801 Cherry St., Ste 3900
Fort Worth, TX 76102


AJM Investments, LL
c/o W. Richard Hairfield
2800 Buford Road STE 201
Richmond, VA 23235


American Critical Care Services Inc.
P.O. Box 35717
North Chesterfield, VA 23235


American Express
1215 Laurel Lane
Beverly Hills, CA 90210


Ascensus, LLC
200 Dryden Road
Dresher, PA 19025


Bliss, Incorporated
201 North
Washington Highway, Suite 303
Ashland, VA 23005


Bliss, Incorporated
633 Longfield Road
Manakin Sabot, VA 23103


Bottom Nine, LLC d/b/a Cartridge World
4120 Cox Road, Suite A
Glen Allen, VA 23060

Breezeline
43920 Airport View Drive
Hollywood, MD 20636-3105


Capital One
1680 Capital One Drive
Mc Lean, VA 22102


Cartridge World
4120 Cox Road
Glen Allen, VA 23060


Centers for Medicare & Medicaid Services
7500 Security Boulevard
Windsor Mill, MD 21244


Chesterfield Community Healthcare MOB I,
Woolfolk Properties LLC
435 Southlake Blvd
Richmond, VA 23236


Cintas
PO Box 625737
Cincinnati, OH 45262-5737


Clark Belote
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510


Cobb G. Bentley
5718 Stephens Point Ct.
Chester, VA 23831


Collection Bureau Hudson Valley
PO Box 831
Newburgh, NY 12551-0831


Comcast Business
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103-2838


Coverall North America, Inc.
350 SW 12th Ave
Deerfield Beach, FL 33442

Cox Business
1341 Crossways Blvd.
Chesapeake, VA 23320


Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Dr. James B. Baldwin, III
3974 Springfield Road
Glen Allen, VA 23060


Dr. Noel Patel
2435 Founders Creek
Midlothian, VA 23113


Dr. William Eng
8025 Hampton Glen Mews
Chesterfield, VA 23832


E. Duffy Myrtetus, Esq.
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219


East End Realty, LLC
812 MOOREFIELD PARK DRIVE, SUITE 100, NO
Richmond, VA 23236


ESI 360 Managed Print Services
369 Edwin Drive
Virginia Beach, VA 23462


Farah & George Properties II LLC
8411 Patterson Ave.
Henrico, VA 23229


Financial Pacific Leasing, Inc.
P.O. Box 4568
Federal Way, WA 98001


Gaia Global, LLC
3974 Spring Field Rd, Ste A
Attn: Dr. Peter Breslin
Glen Allen, VA 23060

GM Financial
APP DEPT
P.O. Box 183621
Arlington, TX 76096-3621


HealthEquity
15 W. Scenic Pointe Dr., Ste 100
Draper, UT 84020-6120


Humana
709 Hornsbyville Road
Yorktown, VA 23692


Internal Revenue Service
400 N. 8th Street
P.O. Box 76
Richmond, VA 23219


John P. O'Malley, Esq.
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, VA 23219


JRC MOB Investments, LLC
445 Charles H. Dimmock Pkwy, Ste 104
Colonial Heights, VA 23834


Larrymore Organization, Inc.
6477 College Park Sq., Suite 306
Virginia Beach, VA 23464-3611


Larrymore Organization, Inc.
KAUFMAN & CANOLES PC
2101 PARKS AVE STE 700
Virginia Beach, VA 23451


Larrymore Organization, Inc.
6477 College Park Square, Suite 306
Virginia Beach, VA 23464-3611


Matthew T. Brand
505 Montgomery Street, 13th Floor
San Francisco, CA 94111

Mindsight Medical
3839 McKinney Ave
Suite 155-225
Dallas, TX 75204


Mindsight Medical, LLC
3839 McKinney Ave
Suite 155-225
Dallas, TX 75204


Monica Keady, DPM
5311 Patterson Avenue, Suite #110
Richmond, VA 23226


Nicholas Askew
3974 Springfield Road
Glen Allen, VA 23060


Ovation Medical
P.O. Box 745846
Los Angeles, CA 90074-5846


Palmetto GBA
17 Technology Circle
Columbia, SC 29203


Peake Law Group, PC
Attn: Tonia E. Peake, Esq.
14241 Midlothian Turnpike, Ste 216
Midlothian, VA 23113


Purple
13620 Ranch Road 620 N., Bldg. C
Austin, TX 78717-1116


Renee Shepherd, DPM
3974 Springfield Road
Glen Allen, VA 23060


SalesForce
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Seven Hills Group LLC
Attn: James S. Stanley II
4900 Augusta Avenue, Suite 130
Richmond, VA 23230


Sfansza, LLC
3111 Northside Avenue Suite 102
Henrico, VA 23228


Sfansza, LLC
2727 Enterprise Pkwy Ste 104
Henrico, VA 23294-6341


ShredIt by Stericycle
1104 Wormley Creek Drive
Yorktown, VA 23692


Stericycle
2355 Waukegan Road
Deerfield, IL 60015


Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


STP,LLC
7493 Right Flank Rd., Suite 400
Mechanicsville, VA 23116


Sunny J. Patel, DPM
913 Alden Parke Drive
Glen Allen, VA 23059


Sydney Scarce Bonnell
MeyerGoergen PC
1802 Bayberry Court, Suite 200
Richmond, VA 23226


The Foot Center
5311 Patterson Ave.
Richmond, VA 23226


Thoughtful Automation, Inc.
171 N. Aberdeen St.
Chicago, IL 60607

Thoughtful Automation, Inc.
171 N Aberdeen St, Ste 400
Chicago, IL 60607

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

US Bank Equipment Finance
1310 Madrid Street, Suite 101
Marshall, MN 56258

Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219

Vital Records Control
1600 Rhoadmiller Street
Richmond, VA 23220

Vonage Credit Control
23 Main St.
Holmdel, NJ 07733

West Point Square, LLC
999 Waterside Dr Ste 1700
Norfolk, VA 23510-3306

William A. Young, III, Esq.
William A. Young, III, P.C.
201 N. Washington Hwy., Suite 205
Ashland, VA 23005

Wixcey, Inc.
5311 Patterson Ave Ste 200
Richmond, VA 23226-2041

Woolfolk Properties LLC
435 Southlake Blvd
Richmond, VA 23236

Workforce Staffing Solutions
1401 E. Cary St. Ste. 400
Richmond, VA 23219